# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **JOHNNIE JAY WESLEY DORSEY, JR.** <br><br> **Plaintiff,** <br><br> v. <br><br> **JOHN F. KELLY, <u>et al.</u>** <br><br> **Defendants.** | **CIVIL NO. 17-1542 (PAD)** |

## ERRATA SHEET

The Opinion and Order issued on November 27, 2017, at Docket No. 14, is amended *nunc pro tunc*, as follows:

On page 5, footnote 6, add the following language as third sentence after parenthetical: "So too here, as the Complaint focuses on race, national origin and age discrimination, all of which is prohibited by both federal law (i.e. Title VII; ADEA) and Puerto Rico law (i.e. Law 100). Puerto Rico follows a similar approach to evaluate the interaction between different legal provisions."

The amended Opinion and Order is attached.